Gregory H Brooks
~~AH 115~~ AH3240 A-2 115Low
C.S.P.
Vacaville, Ca
95696

Mr. Gregory H Brooks
    Plaintiff

**FILED**

OCT 1 0 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

42 Sec 1983 Civil Complaint

2 12 CU 2536 EGH PC

        Vs

California Department of
Corrections and Rehabilitations,
Prison Industry Authority
        Defendants

                IN THE EASTERN DISTRICT COURT

                        CALIFORNIA

            Wherefore,


    Plaintiff brings fourth 42 SEC 1983 Civil Complaint upon

Defendant for its negligence of issuing (PIA) prisonsoap which

contained (carcinogen) a cancer forming agent which violated

SAFE  DRINKING WATER AND TOXIC ENFORCEMENT ACT of 1986

(proposition 65).


    Plaintiff states on 7-26-12 Defendant issued out supplies

of which included TOXIC (PIA) prison soap, so that inmates

may comply with C.D.C.R. Title 15 Sec 3060 and 3061, 3062(a).

1    Plaintiff states on 7-29-12 Defendant issued a recall of

2  the Toxic soap per MEMORANDUM dated 7-29-12 due to the contain-

3  ment of a Toxic agent known as (CARCINOGEN) which per SAFE

4  DRINKING WATER AND TOXIC ENFORCEMENT ACT of 1986 (Proposition 65)

5  is known to cause Cancer. <u>EXHIBIT A.</u>

6

7    Plaintiff states Per Aegis Regulatory INC Defendant realeased

8  a Material Safety Data Sheet for customers alert pertaining to bar

9  soaps products dated July 30, 2012.  <u>EXHIBIT B.</u>

10

11    Plaintiff states he is suffering Mental Anguish where as an

12  INDIGENT Inmate he has relied on the state (PIA) soap to clean

13  him as suggested per C.D.C.R. Title 15 Sec 3060, and 3061, 3062(a).

14

15    Plaintiff states that if he does not abide by rules set

16  set fourth by C.D.C.R. and its Title 15 I would be subject to a

17  Violation of rule 3062 (m) which would restrain my Liberty and

18  Show PRIMA FACIE of cruel and unusual Punishment according to

19  the 8th amendment of the Constitution.

20

21    Plaintiff states the Toxic (PIA) soap reaching vital organs

22  has caused an unknown LONG TERM damage due to its IRREVERSABLE

23  state. <u>EXHIBIT. C</u>

24

25

26

27

28

1   Plaintiff states as an Indegent Inmate who was forced to use
2   TOXIC state issued (PIA) soap for who knows how long, he fears
3   the FUTURE damage from the use there of, and is now subject to
4   recieve a C.D.C.R. Title violation per Sec 3062(m) which .
5   States;INMATE GROOMING STANDARDS.
6   (a) An inmate's hair and facial hair shall be clean neatly styled
7   and groomed as specified in theese regulations, when he/she is
8   away from the immediate area of his/her  quarters.
9   (m) An inmate who fails to comply with these grooming standards
10  may be deemed a program failure, pursuant to SECTION 3062, subject
11  to progressive discipline and classification committe review for
12  appropriate housing and program placement. Physical force shall
13  not be used to enforse compialce with these regulations, except
14  as permitted bt existing law or with a court ORDER.
15  and would infact Jeopardize his Liberty which is in fact a
16  Violation of the 6th, and 14th Amendment of the Constitution.
17
18  Plaintiff states when pours are opened from showering in hot
19  water it allows the Toxic (PIA) soap which contains the Toxic
20  agent (CARCINOGEN) which produces Cancer to enter the Blood
21  stream, and thus travel to organs inside the body.
22
23  Plaintiff states that he will suffer from LONG TERM unknown
24  damages due to the negligence of the defendant suppling TOXIC
25  soap which contained an agent known as (carcinogen) which is
26  defined as a cause of cancer.
27
28

### CARCINOGEN

Substances known to cause and/or promote cancer. Carcinogens can be created by humans, such as cigarette smoke, or simply be present naturally in the environment, as is ultraviolent radiation from the sun. Both of which are known to play a major role in the development of cancer. X-rays and viruses are also known carcinogens.

### CANCER

A cancer is a group of cells (usually derived from a single cell) that has lost its normal control mechanisms and thus has unregulated growth. Cancerous (malignant) cells can develop from any tissue within any organ. As cancerous cells grow and multiply, they form a mass of cancerous tissue... The change in the cells genetic material may occur spontaneously or be brought on by an agent that causes cancer, a carcinogen.

Forms of cancer may include but are not limited to...

1. BLADDER CANCER: Which is a tumor that developes on the surface of the bladder wall or that grows within the bladder wall and quickly invades underlying muscles. Bladder tumors are most common in men over age 50 and occur more often in densely populated industrial areas.

        CAUSE: Certain carcinogenic substances which include Naphthylamine, Benzidine, Tobacco, and Nitrates.

    SYMPTOMS: 25% of people with bladder cancer have no symptoms during the early stages. Other(s) bladder irritability, frequent urination, nighttime

urination, and urine dribbling.

2. **LUNG CANCER:** Usually develops within the wall or lining of the bronchial tree, the system of branching air passages within the lungs. Some people have survived for 5 years or more with diagnosed lung cancer. However, the general prognosis is poor. Although it is largely preventable, lung cancer is the most common cause of cancer death in men and is fast becoming the most common cause in women.

> **CAUSE:** Experts agree that lung cancer is caused by inhalation of carcinogenic pollutants.

> **SYMPTOMS:** Lung cancer really causes symptoms in its early stage. This disease is often advanced at diagnosis... Lung cancer may spread to any part of the body. Most commonly to the brain, spinal cord, liver, and bone. The effects of cancer spread very greatly depending on tumor size and location.

3. **DEPRESSION:** Often results of cancer can be related to the symptoms of the illness, a fear of dying, and a loss of independance. Additionally some cancers may produce substances that directly cause depression by affecting the brain.

4. **NEUROLOGIC AND MUSCULAR SYMPTOMS:** Cancer can grow into or compass compress nerves, causing any or several neurologic and muscular symptoms, including a change in sensations (such as tingling sensations) or muscle weakness. When cancer grows in the brain symptoms may be hard to pinpoint but can include

confusion, dizziness, headaches, nausea, changes in vision, and seizures. Neurologic symptoms may also be part of a Paraneo Paraneoplastic Syndrome.

Paraneoplastic Syndrome occurs when a cancer produces on or more substances that circulate in the bloodstream. Such as hormones, cytokines (a type of protein), or other proteins. These substances can affect the function of other tissues and organs, resulting in a variety of symptoms termed Paraneoplastic Syndromes. Some substances damage organs or tissues by causing an auto immune reaction. Others directly interfere with the function of different organs or actually destroy tissues. Symptoms such as low blood sugar, diarehea, and high blood pressure can result.

Polyneuropathy occurs as a dysfunction of peripherel nerves resulting in weakness, loss of sensation, and reduced reflexes, subacute sensory neuropathy occurs as a rare form of Polyneuropathy that sometimes develops before the cancer is diagnosed. It causes a disabling loss of sensation and incoordination but little weakness. Subacute Cerebellar Degeneration occurs in women with breast or ovarian cancer. This disorder may be caused by an Autoantibody (an antibody that attacks the body's own tissues) that destroys the cerebellum. Symptoms include unsteadiness in walking, incoordination of the arms and legs, difficulty speaking, dizziness, and double vision may appear weeks, months, or even years before the cancer is detected. Subaccute Cerebellar Degeneration usually worsens over weeks or months often resulting in severe disability.

Spasms of the eye and muscles and lack of coordination of movements can occur in some children with Neuroblastoma. Uncontrollable eye movements (opsoclonus) and quick lightning like muscle contractions (myclonus) occur in the muscles of the trunk arm and legs.

Subacute Motor Neuropathy occurs in some people with Hodgkins Disease. The nerve cells of the spinal cord are indirectly affected weakening the arms and legs in a pattern similar to that due to Polyneuropathy. Polymyositis occurs as muscle weakness and soreness resulting from muscle inflammation when Polymyositis is accompanied by skin inflammation. The condition is called Dermatomyositis.

Cushings Syndrome, or Antidivretic Hormone, causing water retention and low sodium levels in the blood (Hyponatremia).

## PROPOSITION 65

States in part: "No person in the course of doing business shall knowingly and intentionally expose any individual to a chemical known to the state to cause cancer or reproduce toxicity with out first giving clear and reasonable warning to such individual..." (S25249.6)

1    Plaintiff states due to the negligence of California

2  Department Of Corrections And Rehabilitations and CAL(PIA) Prison

3  Industry Authority. Memorandum Exhibit A and Customer Alert

4  Exhibit B. He has suffered symptoms:

5         Frequent Urination, Nighttime Urination, Bone Aches,

6         Headaches, and Changing Of The Skin. Consistant with

7         Bladder, Lung, Neurologic, and Muscular Cancer.

8         Exhibit C.

9

10    Plaintiff prays the court grant said case and award damages

11    in the amount of 500K, Compassionate Release, and Any Other

12    Damages the court deem necessary.

13

14    I declare under the penalty and perjury of law the foregoing

15  true and correct as the document upon which The United States was

16  found.

17                    DATED 10-7-12  X _Gregory H Brooks_

18                                   PRO SE LITIGANT

19                                   Gregory H Brooks

                                     A H 3240  A-2 115 Low

20                                   C.S.P. SOLANO

21                                   VACAVILLE, CA.95696

22

23

24

25

26

27

28

# EXHIBIT A

State of California                                  Department of Corrections and Rehabilitation

# Memorandum

Date    :    July 29, 2012

To      :    CSP-SOLANO STAFF
             and INMATES

Subject:     CALPIA SOAP RECALL


The purpose of this memorandum is to provide information regarding the recent recall of soap at California State Prison-Solano.

The California Prison Industry Authority (CALPIA) is recommending that its customers stop using bar soap already purchased from CALPIA.

During CALPIA's annual review of product Material Safety Data Sheets a trace amount of chemical that is listed for review under the Safe Drinking Water and Toxic Enforcement Act of 1986 (Proposition 65) as a carcinogen was found to be present in CALPIA's bar soaps. CALPIA has ceased production of soap using this ingredient.

CALPIA is producing replacement soap throughout the weekend and will start shipping new soap on Saturday, July 28.

In an abundance of caution, CALPIA is discontinuing this product and recommends that products already purchased be returned to CALPIA.

If you have any question concerning this you may contact the AA/PIO or your respective facility management team.


GARY SWARTHOUT
Warden
California State Prison-Solano

# EXHIBIT B



Quality Products ★ Changed Lives ★ A Safer California

State of California
Department of Corrections and Rehabilitation

**July 30, 2012**
**FOR IMMEDIATE RELEASE**

**Contact:** Eric Reslock
(916) 358-1802
(916) 764-1696, cell

## Updated CALPIA Customer Alert: Bar Soap Products

**SACRAMENTO** –The California Prison Industry Authority (CALPIA) recommends that its customers stop using bar soap already purchased from CALPIA.

CALPIA began shipping replacement soap on Saturday, July 28 with the goal of providing every customer with new soap by COB Wednesday, August 1.

CALPIA has not been contacted by anyone reporting health concerns associated with the bar soap product.

During an annual inspection, a trace amount of a chemical listed as a carcinogen under Proposition 65 was found to be present in the soap's fragrance.

This chemical is a natural organic compound that is listed as a third tier priority for the State of California to study. It may be 3-5 years before the State issues guidelines with respect to maximum exposure levels. This product is not hazardous by OSHA criteria and does not contain any carcinogens or potential carcinogens as listed by ACGIH, IARC, OSHA, or NTP.

In the absence of guidance under Proposition 65, CALPIA discontinued using the chemical in this product and recommends that unused products already purchased be returned to CALPIA. Used soap should be disposed of according to instructions sent to each institution.

CALPIA will reimburse customers for unused soap currently in their possession. CALPIA will also reimburse customers for any additional cost incurred in the procurement of soap from any other vendor between now and the delivery of the new soap.

If you have questions as to the status of delivery to your institution, please contact Scott Perkins at the number below.

- Scott Perkins (product needs/logistics) - Scott.Perkins@calpia.ca.gov or (916) 605-8503
- Eric Reslock (product information) - Eric.Reslock@calpia.ca.gov or (916) 764-1696

*CALPIA is a self-financed and self-sufficient state entity that receives all of its revenue from the sale of products it manufactures. The recidivism rate among CALPIA offenders is 24 to 30 percent lower than the general prison population, a success attributed to the job skills that they receive by working in CALPIA business enterprises.*

\#\#\#



Quality Products ★ Changed Lives ★ A Safer California

MATERIAL SAFETY DATA SHEET                                    **Barz & Bitz Bar Soap**

## Section 1: PRODUCT AND COMPANY IDENTIFICATION

| | |
|---|---|
| **Product Name:** | Barz & Bitz Bar Soap |
| **Synonyms:** | PIA Description Numbers: 198000.1; 198100.1; 198200.1; 198300.1; 199000.2; 199100.2 |
| **Product Use:** | Soap. |
| **Manufacturer/Supplier:** | California Prison Industry Authority |
| | CSP-Los Angeles County |
| | 44750 60th Street West |
| | Lancaster, CA 93536 |
| **Phone Number:** | (661) 729-2000 Ext. #7930 |
| **Emergency Phone:** | 1 (800) 424-9300 |
| **Date of Preparation:** | July 30, 2012 (For Barz & Bitz Bar Soaps produced prior to July 28, 2012) |

## Section 2: HAZARDS IDENTIFICATION

**EMERGENCY OVERVIEW**
CAUTION
MAY IRRITATE EYES AND SKIN.

**Color:**          White.
**Physical State:**   Solid.
**Odor:**           Soap.

| Personal Protection Equipment | DOT (Ground) |
|---|---|
| Not required under normal conditions of use. | Not regulated. |

**Potential Health Effects:**      See Section 11 for more information.

**Likely Routes of Exposure:**   Eye contact. Skin contact. Inhalation. Ingestion.

**Inhalation:**   May cause respiratory tract irritation. Signs/symptoms may include cough, sneezing, nasal discharge, headache, hoarseness, and nose and throat pain.

**Eye:**   May be irritating to eyes. Signs/symptoms may include redness, swelling, pain, tearing, and blurred or hazy vision.

**Skin:**   May be irritating to skin with prolonged contact. Signs/symptoms may include localized redness, swelling, and itching.

**Ingestion:**   May cause gastrointestinal irritation. Signs/symptoms may include abdominal pain, stomach upset, nausea, vomiting and diarrhea.

**Medical Conditions Aggravated By Exposure:**     Not available.

**Target Organs:**     Skin. Eyes. Gastrointestinal tract. Respiratory system.

**Potential Environmental Effects:**    See Section 12 for more information.

This material is not considered hazardous by the OSHA Hazard Communication Standard, (29 CFR 1910.1200).

Aegis Regulatory Inc.



Quality Products ★ Changed Lives ★ A Safer California

MATERIAL SAFETY DATA SHEET

# Barz & Bitz Bar Soap

## Section 3: COMPOSITION / INFORMATION ON INGREDIENTS

| Component | CAS No. | % wt. / wt. |
|---|---|---|

Components are non-hazardous and/or present at amounts below reporting thresholds.

## Section 4: FIRST AID MEASURES

| | |
|---|---|
| **Inhalation:** | Remove person to fresh air. If breathing has stopped apply artificial respiration. If signs/symptoms develop, get medical attention. |
| **Eye Contact:** | Flush eyes with plenty of water for at least 15 minutes. If signs/symptoms persist, get medical attention. |
| **Skin Contact:** | Flush skin with water while removing contaminated clothing and shoes. If signs/symptoms develop, get medical attention. |
| **Ingestion:** | Do NOT induce vomiting unless directed to do so by medical personnel. Never give anything by mouth to an unconscious person. Get medical attention immediately. |
| **General Advice:** | In case of accident or if you feel unwell, seek medical advice immediately (show the label or MSDS where possible). |
| **Note to Physicians:** | Symptoms may not appear immediately. |

## Section 5: FIRE FIGHTING MEASURES

**Flammability:**     Not flammable or combustible by OSHA criteria.

**Means of Extinction**
| | |
|---|---|
| **Suitable Extinguishing Media:** | Dry chemical. Carbon dioxide. Water spray. Foam. |
| **Unsuitable Extinguishing Media:** | Not available. |
| **Products of Combustion:** | Not available. |
| **Protection of Firefighters:** | Keep upwind of fire. Wear full firefighting turn-out gear (full Bunker gear) and self-contained breathing apparatus. Use of water will create slippery conditions. |

**Explosion Data**
| | |
|---|---|
| **Sensitivity to Mechanical Impact:** | This material is not sensitive to mechanical impact. |
| **Sensitivity to Static Discharge:** | This material is not sensitive to static discharge. |

## Section 6: ACCIDENTAL RELEASE MEASURES

| | |
|---|---|
| **Personal Precautions:** | Use personal protection recommended in Section 8. Isolate the hazard area and deny entry to unnecessary and unprotected personnel. |
| **Environmental Precautions:** | Not normally required. |
| **Methods for Containment:** | Not normally required. |
| **Methods for Clean-Up:** | Sweep up and shovel into suitable containers for disposal. Use of water will create slippery conditions. |
| **Other Information:** | Dispose of in accordance with all federal, state and local regulations. Comply with federal, state, and local requirements for spill and/or release notification. |

Aegis Regulatory Inc.



Quality Products ★ Changed Lives ★ A Safer California

MATERIAL SAFETY DATA SHEET                                    **Barz & Bitz Bar Soap**

| | |
|---|---|
| **Vapor Pressure:** | Not available. |
| **Vapor Density:** | Not available. |
| **Specific Gravity:** | 1.02 to 1.04 (Water = 1) |
| **Density:** | Not available. |
| **Solubility in Water:** | Miscible. |
| **Coefficient of Water/Oil Distribution:** | Not available. |
| **Auto-ignition Temperature:** | Not available. |
| **Percent Volatile, wt. %:** | Not available. |
| **VOC content, wt. %:** | Not available. |

## Section 10: STABILITY AND REACTIVITY

| | |
|---|---|
| **Stability:** | Stable under normal storage conditions. |
| **Conditions of Reactivity:** | Not available. |
| **Incompatible Materials:** | Strong oxidizers. |
| **Hazardous Decomposition Products:** | Not available. |
| **Possibility of Hazardous Reactions:** | None known. |

## Section 11: TOXICOLOGICAL INFORMATION

### EFFECTS OF ACUTE EXPOSURE

**Component Toxicity**
No acute toxicity values available.

| | |
|---|---|
| **Inhalation:** | May cause respiratory tract irritation. Signs/symptoms may include cough, sneezing, nasal discharge, headache, hoarseness, and nose and throat pain. |
| **Eye:** | May be irritating to eyes. Signs/symptoms may include redness, swelling, pain, tearing, and blurred or hazy vision. |
| **Skin:** | May be irritating to skin with prolonged contact. Signs/symptoms may include localized redness, swelling, and itching. |
| **Ingestion:** | May cause gastrointestinal irritation. Signs/symptoms may include abdominal pain, stomach upset, nausea, vomiting and diarrhea. |

| | |
|---|---|
| **Skin Sensitization:** | Not hazardous by OSHA criteria. |
| **Respiratory Sensitization:** | Not hazardous by OSHA criteria. |

### EFFECTS OF CHRONIC EXPOSURE
| | |
|---|---|
| **Target Organs:** | Skin. Eyes. Gastrointestinal tract. Respiratory system. |
| **Chronic Effects:** | Prolonged or repeated contact may dry skin and cause irritation. |
| **Carcinogenicity:** | Not hazardous by OSHA criteria. This product does not contain any carcinogens or potential carcinogens as listed by ACGIH, IARC, OSHA, or NTP. |

Aegis Regulatory Inc.



Quality Products ★ Changed Lives ★ A Safer California

MATERIAL SAFETY DATA SHEET

**Barz & Bitz Bar Soap**

---

### Section 7: HANDLING AND STORAGE

**Handling:**
Do not breathe dusts. Do not swallow. Avoid contact with eyes and prolonged contact with skin. Handle and open container with care. When using do not eat or drink. Wash hands before eating, drinking, or smoking.  See Section 8 for information on Personal Protective Equipment.

**Storage:**
Store in a cool, well-ventilated area, away from incompatibles (see Section 10). Keep out of the reach of children.

---

### Section 8: EXPOSURE CONTROLS / PERSONAL PROTECTION

**Exposure Guidelines**
**Component**

   No TLV or PEL limits established.

| | |
|---|---|
| **Engineering Controls:** | Not normally required. |
| **Personal Protective Equipment** | |
| **Eye/Face Protection:** | Not normally required. |
| **Hand Protection:** | Not normally required. |
| **Skin and Body Protection:** | Not normally required. |
| **Respiratory Protection:** | Not normally required. |
| **General Hygiene Considerations:** | Handle according to established industrial hygiene and safety practices. |

---

### Section 9: PHYSICAL AND CHEMICAL PROPERTIES

| | |
|---|---|
| **Appearance:** | Solid bar. |
| **Color:** | White. |
| **Odor:** | Soap. |
| **Odor Threshold:** | Not available. |
| **Physical State:** | Solid. |
| **pH:** | Not available. |
| **Viscosity:** | Not available. |
| **Melting Point:** | Not available. |
| **Boiling Point:** | Not available. |
| **Flash Point:** | Not available. |
| **Evaporation Rate:** | Not available. |
| **Lower Flammability Limit:** | Not available. |
| **Upper Flammability Limit:** | Not available. |

Aegis Regulatory Inc.



Quality Products ★ Changed Lives ★ A Safer California

MATERIAL SAFETY DATA SHEET

**Barz & Bitz Bar Soap**

**Mutagenicity:**                    Not hazardous by OSHA criteria.

**Reproductive Effects:**       Not hazardous by OSHA criteria.

**Developmental Effects**
     **Teratogenicity:**       Not hazardous by OSHA criteria.

     **Embryotoxicity:**       Not hazardous by OSHA criteria.

**Toxicologically Synergistic Materials:**    Not available.

## Section 12: ECOLOGICAL INFORMATION

**Ecotoxicity:**                              Not available.

**Persistence / Degradability:**        Not available.

**Bioaccumulation / Accumulation:**   Not available.

**Mobility in Environment:**             Not available.

## Section 13: DISPOSAL CONSIDERATIONS

**Disposal Instructions:**    Disposal should be in accordance with applicable Federal, State and local laws and regulations. Local regulations may be more stringent than State or Federal requirements.

## Section 14: TRANSPORTATION INFORMATION

**DOT**
**Proper Shipping Name:**      Not regulated.

**Class:**                              Not applicable.

**UN Number:**                      Not applicable.

**Packing Group:**               Not applicable.

**Label Code:**                     Not applicable.

## Section 15: REGULATORY INFORMATION

**Chemical Inventories**

**US (TSCA)**

The components of this product are in compliance with the chemical notification requirements of TSCA.

**Federal Regulations**

This MSDS has been prepared to meet the U.S. OSHA Hazard Communication Standard, 29 CFR 1910.1200.

**SARA Title III**
None of the components are listed.

Aegis Regulatory Inc.



MATERIAL SAFETY DATA SHEET

**Barz & Bitz Bar Soap**

**California**
**California Prop 65:**   WARNING: This product contains chemicals known to the State of California to cause cancer, birth defects or other reproductive harm.

| Component | Type of Toxicity |
|-----------|------------------|
| Estragole | cancer |

---

### Section 16: OTHER INFORMATION

NFPA 704



Flammability

Health

Instability

HMIS III



**Disclaimer:**
The information contained in this document applies to this specific material as supplied. It may not be valid for this material if it is used in combination with any other materials. It is the user's responsibility to satisfy oneself as to the suitability and completeness of this information for his own particular use.

**Version:**           1.0

**MSDS Prepared by:**   Aegis Regulatory Inc.

                           (519) 488-0351

                           www.aegisreg.com

Aegis Regulatory Inc.

# EXHIBIT C

# MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 9/17/2012 11:06:26 AM

**Patient (DOB): BROOKS, GREGORY (1/7/1964)**

**CDCR#: AH3240   Unit#: A  002 1115001L**

SOLANO, CALIFORNIA STATE PRISON

Patient Labels inc: ENGLISH

Page 1 of 2

| | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx #: Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|
| ☐ Renew ☐ Stop | NORTRIPTYLINE HCL 25 mg CAPSULE (nortriptyline hcl 25 mg cap)<br>SIG: TAKE 2 CAPSULES BY MOUTH EVERY NIGHT (DX:NEUROPATHY) OPEN AND FLOAT **DOT**<br>DOT | 4/3/2012 | PENDING | 4/2/2013 | 436236812-7<br>WIN-MD, K. | 5 | 60 | 30 |
| ☐ Renew ☐ Stop | *NF*  ARIPIPRAZOLE 10 mg TABLET (ability 10 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY MORNING **DOT** ** DOT | 7/30/2012 | 8/27/2012 | 10/25/2012 | 436268850-2<br>TAN-MH, RAM. | 1 | 30 | 30 |
| ☐ Renew ☐ Stop | DOCUSATE SODIUM 100 mg CAPSULE (docusate sodium 100 mg capsule ud)<br>SIG: TAKE 1 CAPSULE BY MOUTH TWICE A DAY **KOP** **REQUEST REFILL** ** KOP | 4/3/2012 | 4/3/2012 | 4/2/2013 | 436236809-1<br>WIN-MD, K. | 11 | 60 | 30 |
| ☐ Renew ☐ Stop | hydrOXYzine pamoate 50 mg capsule (hydroxyzine pam 50 mg cap)<br>SIG: TAKE 4 CAPSULES (200MG) BY MOUTH EVERY EVENING **DOT** ** DOT | 7/30/2012 | 8/27/2012 | 10/25/2012 | 436268851-2<br>TAN-MH, RAM. | 1 | 120 | 30 |
| ☐ Renew ☐ Stop | IBUPROFEN 800 mg TABLET (ibuprofen 800 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN **KOP** **REQUEST REFILL** **<br>KOP | 8/2/2012 | 8/2/2012 | 10/25/2012 | 436270185-1<br>TAN-MD, RICHARD | 2.5 | 45 | 15 |
| New Rx Required for Renewal ☐ Stop | morphine ER 15 mg tablet,extended release (morphine sulf 15<br>mg er tab sa ud)<br>SIG: TAKE 1 TABLET BY MOUTH TWICE A DAY **DOT** ** MAR ONLY | 8/23/2012 | 8/23/2012 | 11/21/2012 | 432011119-1<br>MCALPINE-MD, S. | 0 | 180 | 90 |

❶ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

**NEW PRESCRIPTION:**

Allergies: **No Known Allergies**

| | | |
|---|---|---|
| SUBSTITUTION PERMITTED<br>SIGNATURE | DATE / TIME | PROV# |
| | | DEA# REQUIRED FOR<br>CONTROLLED SUBSTANCES |

**** SEND TO PHARMACY ONCE COMPLETE ****

---

# MEDICATION RECONCILIATION - INACTIVE MEDICATIONS AS OF 9/17/2012 11:06:26 AM

**Patient (DOB): BROOKS, GREGORY (1/7/1964)**

SOLANO, CALIFORNIA STATE PRISON

*NF* - Nonformulary Medication
9/17/2012 11:06:26 AM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



Mr. GREGORY H BROOKS

California Department of
Corrections and Rehabilitations,
Prison Industry Authority

Case Number:

PROOF OF SERVICE

Kamala Harris                              /

I hereby certify that on    $10-7-12$    , I served a copy

of the attached    1983 Civil Complaint

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

C.S.P. Solano        :

(List Name and Address of Each
Defendant or Attorney Served)
Eastern District court              CAL PIA
501 "I" st                          560 East Natoma St
Sac. Ca                             Folsom, Ca
95814                                 95630

I declare under penalty of perjury that the foregoing is true and correct.

Gregg H Brooks
(Signature of Person Completing Service)